IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
99 OCT 18 AM 9:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

CHARLES KRIS SMITH, )
 )
    Plaintiff, )
 )
vs. ) CV 99-AR-1693-M
 )
SHAWN MALONE, )
 )
    Defendant. )

ENTERED
OCT 18 1999

MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on September 15, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. No objections have been filed.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

    DATED this 18th day of October, 1999.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE